JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN AGUILAR,<br><br>    Petitioner,<br><br>  v.<br><br>FNU BIRKHOLZ, WARDEN,<br><br>    Respondent. | Case No. 2:25-cv-02240-TJH-PD<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: August 6, 2025

_____
HON. TERRY J. HATTER, JR.
UNITED STATES DISTRICT JUDGE